36 So.2d 609
#### Fannie HAMPTON v. STATE.
#### 8 Div. 672.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 178
#### Sam HANCOCK v. STATE.
#### 7 Div. 919.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 179
#### Sam HANCOCK v. STATE.
#### 7 Div. 920.

Court of Appeals of Alabama.
June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 897
#### Lee (alias Lee Ellis) HARBIN v. STATE.
#### 8 Div. 555.

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

34 So.2d 33
#### Palmer HARPER v. STATE.
#### 4 Div. 9.

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 897
#### Clara Mae HARRIS, alias Jones v. STATE.
#### 8 Div. 518.

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.